KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for
Fernando Perez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Civ.S. 10-1984 MCE JFM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| FERNANDO PEREZ, | |
| Defendant. | |

   Attorney Krista Hart is relieved as court-appointed counsel for Fernando Perez.

DATED: October 4, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE