IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO AVILA PEREZ, JR.,

        Plaintiff,                    No. 2:10-cv-1984 MCE JFM P

    vs.

MCDONALD, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's July 20, 2012 motion for
2 the appointment of counsel is denied.
3 DATED: July 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
pere1984.31