IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO PEREZ,

        Plaintiff,                    No. 2:10-cv-1984 MCE JFM (PC)

    vs.

MCDONALD, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 28, 2012, the district court granted defendants' motion to dismiss plaintiff's claim that his right to due process was violated by defendants' validation of plaintiff as a member of the Northern Structure prison gang but granted plaintiff leave to file a second amended complaint raising only his ex post facto claim. On October 12, 2012, plaintiff filed a second amended complaint raising said claim.

/////

/////

/////

/////

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
2 date of this order defendants shall file and serve a response to plaintiff's second amended
3 complaint.
4 DATED: December 11, 2012.

                                              UNITED STATES MAGISTRATE JUDGE

12
pere1984.2am

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO PEREZ,
        Plaintiff,                                  No. 2:10-cv-1984 MCE JFM (PC)
   vs.
MCDONALD, et al.,                    NOTICE OF SUBMISSION
        Defendants.                      OF DOCUMENTS
_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_       completed summons form
      \_\_\_\_       completed USM-285 forms
      \_\_\_\_       copies of the _____
                       Amended Complaint

DATED:

                                               _____
                                               Plaintiff